IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRAVELL LAMONTE BRADFORD,

        Petitioner,

    v.

BRANDON KELLY, Superintendent,
Oregon State Penitentiary,

        Respondent.

No. 3:21-cv-00293-AR

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Armistead issued an Amended Findings and Recommendation on October 10, 2023, in which he recommends that this Court deny Petitioner's Petition for Writ of Habeas Corpus. F&R, ECF 49. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Petitioner filed timely objections to the Magistrate Judge's Amended Findings and Recommendation. Pet. Obj., ECF 51. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Petitioner's objections and concludes that there is no basis to modify the Amended Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Amended Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Armistead's Amended Findings and Recommendation [49]. Therefore, Petitioner's Petition for Writ of Habeas Corpus [2] is DENIED.

IT IS SO ORDERED.

DATED:  November 14, 2023  .

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER